UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
JEAN MELENDEZ,

        Plaintiff,

    -against-

THE CITY OF NEW YORK, NYC
DEPARTMENT OF CORRECTIONS, JOHN
DOE, and JANE DOE,

        Defendants.
-------------------------------------------------------x

**ORDER**

26-CV-2753 (CHK)

CLAY H. KAMINSKY, United States Magistrate Judge:

Plaintiff Jean Melendez, who is currently detained at Rikers Island, commenced this *pro se* action challenging the conditions of confinement. (ECF No. 1.) Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 (ECF Dkt. No. 2) is hereby granted. The Clerk of Court shall prepare a summons for the defendant, and the United States Marshals Service is directed to serve the summons and the complaint upon the defendant without prepayment of fees.

_____
CLAY H. KAMINSKY
United States Magistrate Judge

Dated: May 15, 2026
      Brooklyn, New York